Thomas J. Nolan (SBN 48413)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Keith Larson

FILED

JAN 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>KEITH LARSON,<br><br>        Defendant. | Case No. CR 12-00886-DLJ/HRL<br><br>**STIPULATION TO VACATE JANUARY 25, 2013 FURTHER BOND HEARING AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED AND AGREED between the government, through Assistant United States attorney Amie Rooney, and the defendant Keith Larson, through undersigned counsel, that the further bond hearing presently set for January 25, 2013 at 1:30 p.m. in Courtroom 2, 5th Floor, before Magistrate Judge Howard R. Lloyd, be vacated. It is the parties' understanding that the Court scheduled this hearing as a control date to ensure that the two pieces of real property that Mr. Larson's parents promised to post to secure Mr. Larson's release were in fact posted. These properties have been posted. An equity interest in the amount of $38,000 in

1

STIPULATION TO VACATE JANUARY 25, 2013 FURTHER BOND HEARING
CASE NUMBER: CR 12-00886-DLJ/HRL

Mr. Rick Snell's home in Foley, Alabama, and an equity interest in the amount of $130,696 in Mr. Hubert and Mrs. Deborah Morton's home in Statesville, North Carolina, were conveyed to the clerk of the court in short form deeds of trust recorded in the respective counties of those properties on January 22, 2013. All documentation required by General Order Number 55 was accepted by and lodged with the clerk's office on January 23, 2013. Thus, there is no longer a need to have the further bond review hearing.

A status hearing is currently scheduled for January 24, 2013 at 9:00 a.m. before the Honorable Judge Jensen.

Dated: January 23, 2013                                /s/
_____
Thomas J. Nolan
Attorney for Defendant Keith Larson


Dated: January 23, 2013                                /s/
_____
Amie Rooney
Assistant United States Attorney

## ATTESTATION PER CIV. L.R. 5-1(i)(3)

I, Jenny Brandt, have permission from ECF User Thomas J. Nolan to use the ID and password being used to file this Stipulation. In compliance Civ. L.R. 5-1(i)(3), I hereby attest that Amie Rooney has concurred with this filing.

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the further bond reviewing hearing currently scheduled for January 25, 2013 at 1:30 p.m. in Courtroom 2, 5th Floor, before Magistrate Judge Howard R. Lloyd, is vacated.

SO ORDERD.

Dated: 1/24/13

_____
HOWARD R. LLOYD
Magistrate Judge of the United States District Court